# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>Jowanika Renee COVINGTON,<br><br>                    Defendant. | Case No.: '21 MJ1747<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C. § 113(a)(6) and (a)(7) – Assault within maritime and territorial jurisdiction (Felony) |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about May 3, 2021, within the Southern District of California, and within the special maritime and territorial jurisdiction of the United States, defendant Jowanika Renee COVINGTON, assaulted Eric COVINGTON, which resulted in serious bodily injury to Eric COVINGTON, and which resulted in substantial bodily injury to Eric COVINGTON, who was a spouse or intimate partner; in violation of Title 18, United States Code, Sections 113(a)(6) and (a)(7).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                        Special Agent Cassie PICKENS
                                        Naval Criminal Investigative Service

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 5th of May 2021.

                                        *William V. Gallo*
                                        HON. WILLIAM V. GALLO
                                        U.S. MAGISTRATE JUDGE

## **STATEMENT OF FACTS**

On May 3, 2021, at approximately 8:00 p.m., the Naval Criminal Investigative Service (NCIS) received a report of a domestic violence call at 310 Joyner Street, Oceanside, CA (Stuart Mesa), within Camp Pendleton's military housing, that occurred between Jowanika Renee COVINGTON (the "DEFENDANT") and Eric Covington (the "VICTIM"). NCIS received further notification that DEFENDANT stabbed the VICTIM, utilizing a multi-tool knife, in his left bicep. NCIS was notified by first responders on scene, that the VICTIM's wound was approximately two (2) inches in length on his left bicep. NCIS Major Crime Scene Response Team (MCRT) conducted a crime scene examination and recovered a multi-tool knife covered in suspected blood. NCIS MCRT observed suspected blood spatter on the ceiling consistent with a cast off pattern.

At Palomar Hospital, the VICTIM stated to nurses, that he got into an argument with his wife and she stabbed him. VICTIM was reported to be seen for a laceration and received eight (8) stiches in his left bicep.

On May 4, 2021, during a videotaped interview of the VICTIM, he stated that on May 3, 2021, DEFENDANT became confrontational and started yelling at him about cleaning up their residence. VICTIM stated that when he does not do what DEFENDANT wants, it sends her into "a screaming rage."

VICTIM further stated that DEFENDANT was standing in front of him in his bedroom after she threw things around in his room, knocked off his glasses by hitting him

in the face with her hand and "thrusted" towards him with her right hand, stabbing him in the upper left arm. VICTIM could not see what was in DEFENDANT's right hand because his glasses were knocked off. VICTIM added that DEFENDANT was the one who contacted police after she placed a towel on his stab wound.

The VICTIM described a history of violence with DEFENDANT. Approximately one (1) year ago, DEFENDANT burned his left hand with a hot cigarette lighter and in May 2020, on a separate incident, DEFENDANT struck him near his right eye causing him to receive a black eye, for which she was arrested by police.

On May 4, 2021 during a Post-Miranda interview, DEFENDANT stated that she was married to VICTIM for eight (8) years and have two (2) children together. DEFENDANT added that she and VICTIM have separate bedrooms to allow each other to have space. DEFENDANT admitted that on May 3, 2021, she started to argue with her husband, VICTIM, about not helping to clean the house. DEFENDANT further admitted that when she gets upset, she destroys and throws things in the residence. On this particular incident, DEFENDANT stated she went upstairs and entered VICTIM's bedroom where the argument continued and where she subsequently "destroyed" items belonging to VICTIM. DEFENDANT admitted that she started cutting the wires of VICTIM's headphones with a multi-tool knife, and when VICTIM grabbed her left arm to remove her from his room, she stabbed him. Agents did observe a small bruise to her left arm. DEFENDANT stated she was holding the knife in her right hand when she stabbed VICTIM. DEFENDANT

Page 2

described the knife as approximately three (3) to four (4) inches in length, which is consistent with the multi-tool knife received by MCRT at the crime scene. Furthermore, according to VICTIM, DEFENDANT told VICTIM subsequently after he was stabbed, and prior to first responders arriving, that, "If I wanted to hurt you, I would have."

On May 4, 2021, DEFENDANT, Jowanika Renee COVINGTON, was placed under arrest for violation of 18 U.S.C. § 113.